UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 14-CR-** |
| : | |
| v.  : | **VIOLATIONS:** |
| : | 18 U.S.C. § 2113(b) (Bank Theft) |
| : | 18 U.S.C. § 2 (Aiding and Abetting) |
| : | **FORFEITURE:** |
| **DIANNA WOODALL,** : | 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § |
| **Defendant.** : | 2461(c), 21 U.S.C. § 853(p) |

## INFORMATION

The United States Attorney charges:

At all times material to this Information:

### COUNT ONE

**(Bank Theft)**

Between on or about August 20, 2009, and on or about August 27, 2009, in the District of Columbia and elsewhere, the defendant DIANNA WOODALL, aided and abetted by others known and unknown, did take and carry away with intent to steal and purloin approximately $9,836.01 of money, belonging to and in the care, custody, management and possession of the SunTrust Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

**(Bank Theft, in Violation of Title 18,
United States Code, Sections 2113(b) and 2)**

1

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of $3,836.01.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the Court;

 d. has been substantially diminished in value; or

 e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code,
Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c),
and Title 21, United States Code, Section 853(p))**

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

BY: _____
EPHRAIM (FRY) WERNICK
ASSISTANT U.S. ATTORNEY
D.C. Bar No. 497-158
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-7092
ephraim.wernick@usdoj.gov